**EXHIBIT D**



TAG Virgin Islands, Inc.

March 21, 2007

$100 (vi)

INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
 Co-President/Co-CEO

Total Due = $50,000

    Advice on share and note placement.

Thank you.

Mailing Address: P.O. Box 11430, St. Thomas, VI 00801
Physical Address: 1336 Belgen Road, Tiorick Building - Suite 202, St. Thomas, VI 00802
Tel. (340) 779-8001 • Fax (340) 779-8002



*TAG Virgin Islands, Inc.*

March 31, 2007

INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

(*105 VI)

ATTN: Mr. Michael Iavarone
 Co-President/Co-CEO

Financial Services related to:

    Organizational structure
    Public offerings
    SPACS
    Capital deployment

Total Due   =   $125,000

Thank you.



*TAG Virgin Islands, Inc.*

April 20, 2007

INVOICE

(#111 VI)

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York  11530

ATTN:  Mr. Michael Iavarone
       Co-President/Co-CEO

Financial Services related to:

  Organizational Structure
  Public offerings
  SPACS
  Capital deployment

Total Due       =       $50,000

Thank you



TAG Virgin Islands, Inc.

May 18, 2007

INVOICE

Inv. 214

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
　　　　Co-President/Co-CEO

Financial Services related to:

　Organizational Structure
　Public offerings
　SPACS
　Capital deployment


Total Due　　　=　　　$ 150,000.00

THANK YOU



**TAG Virgin Islands, Inc.**

June 11, 2007

INVOICE

*Inv. #220*

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
      Co-President/Co-CEO

Financial Services related to:

Organizational Structure
Public offerings
SPACS
Capital deployment

Total Due       =       $ 150,000.00

THANK YOU

Mailing Address: P.O. Box 11430, St. Thomas, VI 00801
Physical Address: 1336 Beltjen Road, Tunick Building - Suite 202, St. Thomas, VI 00802
Tel. (340) 779-8001    Fax (340) 779-8002



*TAG Virgin Islands, Inc.*

July 3, 2007

Inv. 231

INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
 Co-President/Co-CEO

Investment Advisory Fee    =    $ 120,000.00

THANK YOU



TAG Virgin Islands, Inc.

July 17, 2007

*Tms. 285*

**INVOICE**

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
      Co-President/Co-CEO

Investment Advisory Fee    =    $ 187,500.00

THANK YOU



*TAG Virgin Islands, Inc.*

August 16, 2007

*Ins. 345*

INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
  Co-President/Co-CEO

Investment Advisory Fee   =   $ 180,000.00

THANK YOU



*TAG Virgin Islands, Inc.*

September 4, 2007

Inv. 346

### INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
Co-President/Co-CEO

Consulting, investment management and advisory services related to corporate structure, business planning, and sources of capital – In accordance with our agreement

$ 60,000.00

THANK YOU

Mailing Address: P.O. Box 11430, St. Thomas, VI 00801
Physical Address: 1336 Beltjen Road, Tunick Building - Suite 202, St. Thomas, VI 00802
Tel. (340) 779-8001 • Fax (340) 779-8002



*TAG Virgin Islands, Inc.*

November 29, 2007

INVOICE

Inv. 471

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
Co-President/Co-CEO

VIA EMAIL to miavarone@ieah.com

Investment advisory services:
- assistance in development of business plan
- advice on prospective public offering/capital structure
- introduction to prospective investors
- superfecta selections

Total Due:   $ 50,000.00

THANK YOU



TAG Virgin Islands, Inc.

January 8, 2008

Inv. 520

INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
Co-President/Co-CEO

VIA EMAIL to miavarone@ieah.com

Investment advisory services:
- assistance in development of business plan
- advice on prospective public offering/capital structure
- introduction to prospective investors

TOTAL DUE: $ 142,500.00

THANK YOU

**Please note past due amount of $ 50,000.00 for our November 29, 2007 invoice.



TAG Virgin Islands, Inc.

January 18, 2008

Inv. 539

INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
Co-President/Co-CEO

Investment advisory services related to:
- Financial structure
- Completion of equine medical center

Total Due: $ 80,000.00

(Paid by wire transfer 1-18-08)

(Outstanding balance = $ 192,500.00)

THANK YOU

Mailing Address: P.O. Box 11430, St. Thomas, VI 00801
Physical Address: 1336 Beltjen Road, Tunick Building - Suite 202, St. Thomas, VI 00802
Tel. (340) 779-8001    Fax (340) 779-8002



TAG Virgin Islands, Inc.

March 26, 2008

*Inv. 635*

### INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
Co-President/Co-CEO

VIA EMAIL to miavarone@ieah.com

Investment advisory services:
- assistance in development of business plan
- advice on prospective public offering/capital structure
- introduction to prospective investors
- assistance in preparation of presentation related to prospective IPO

Total Due:    $ 60,000.00

(Paid by wire transfer 3-26-08)

THANK YOU



TAG Virgin Islands, Inc.

April 28, 2008

*Fnv-689*

## INVOICE

International Equine Acquisitions Holdings, Inc.
595 Stewart Avenue
Suite 810
Garden City, New York 11530

ATTN: Mr. Michael Iavarone
     Co-President/Co-CEO

Investment advice and consulting fee related to the conversion of notes for:
  Kip Deville
  Shaggy Mane
  Sharp Susan

Total Due:  $ 225,000.00

(Paid by wire transfer 4-28-08)

THANK YOU