**EXHIBIT J**

# NOTARIA PUBLICA NUM. 1

## DISTRITO JUDICIAL DE ALVAREZ
## CHILAPA, GRO.

LIC. ROSINA ROJAS CARRASCO

**TESTIMONIO:**

NUM. _____
VOL. _____
PAG. _____
Fecha de Escritura _____

## Notaría Pública Núm. 1
Distrito Judicial de Álvarez
Lic. Rosina Rojas Carrasco
Calle 7 Poniente Esq.
5 Sur San Rafael
Chilapa, Gro. Tel.: 5-12-66 Lada: 756

------- ESCRITURA NUMERO TRECE MIL SETECIENTOS SESENTA Y NUEVE --

---------- VOLUMEN NUMERO CIENTO CINCUENTA Y SIETE ------------

-------- EN LA CIUDAD DE CHILAPA GUERRERO, a los veintidos días del mes de Septiembre del año dos mil seis, Yo, la Licenciada ROSINA ROJAS CARRASCO, Titular de la Notaría Pública Número Uno del Distrito Judicial de Alvarez, HAGO CONSTAR.------------------------------------------------------

-------- EL OTORGAMIENTO DE GARANTIA HIPOTECARIA, que hace "PREDIOS Y EDIFICIOS REFORMA MEX S.A. DE C.V., representada en este acto por el señor FIDEL RAMON MARTINEZ, a quien en lo sucesivo se le denominará como "LA GARANTE HIPOTECARIA", en favor y beneficio del señor MATTHEW J. SZULIK, de acuerdo con los siguientes antecedentes y clausulas:----------------------

----------------- A N T E C E D E N T E S ------------------

-------- El compareciente manifiesta y exhibe en este acto:--

--------- I.- TITULO DE PROPIEDAD.- Que por Escritura Publica Número CIENTO QUINCE MIL SEISCIENTOS VEINTE, Volumen CUATRO MIL CINCUENTA, de fecha diecisiete de noviembre de mil novecientos setenta y nueve, otorgada ante el Licenciado Francisco Lozano Noriega, Notario Publico Número Diez del Distrito Federal, la cual quedo inscrita en el Registro de la Propiedad y del Comercio del Distrito Federal, bajo el número sesenta y cinco y sesenta y seis a fojas cuarenta y nueve y cincuenta del volumen sexto del tomo ciento ochenta de la sección primera A, de fecha trece de abril de mil novecientos setenta, adquirieron por agrupación de predios y aplicación de reembolso de capital, la finca urbana número cuatro de la calle de la fragua y la finca urbana número treinta y cinco de la Avenida paseo de la Reforma, Colonia Tabacalera Código Postal cero sesenta treinta de la Ciudad de México Distrito Federal, con una superficie total de cuatro mil novecientos setenta y seis metros cuadrados dos centimetros, con las siguientes medidas y colindancias: AL NOR-NORESTE en dos

COTEJADO R.R.C.

tramos de VEINTISIETE METROS CINCUENTA CENTIMETROS Y OCHO METROS CINCUENTA CENTIMETROS unidas por un ancon de TRES METROS CINCUENTA CENTIMETROS y que ve para el NOROESTE con propiedad particular; al NORESTE en OCHENTA Y SEIS METROS VEINTISEIS CENTIMETROS, con la finca urbana número veintisiete de Avenida Paseo de la Reforma; AL SURESTE en CUARENTA Y UN METROS SETENTA Y OCHO CENTIMETROS con Avenida Paseo de la Reforma; AL SUROESTE en TREINTA Y TRES METROS OCHENTA Y SEIS CENTIMETROS y colinda con propiedad particular con la que colinda también al sur en TREINTA Y CINCO METROS OCHENTA CENTIMETROS; AL NOROESTE en dos tramos de CINCUENTA Y SIETE METROS CINCUENTA CENTIMETROS Y SIETE METROS CINCUENTA CENTIMETROS con la calle de La Fragua.------------------------------

--------- II.- GRAVAMENES.- Que el predio descrito anteriormente contiene constituida hipoteca en primer lugar con Inmobiliaria de Altura S. A. de C. V., manifestación que hace el garante para los efectos legales a que haya lugar en derecho, por lo reciente del otorgamiento de la presente no se exhibe el certificado de libertad de gravamen, relevando a la suscrita notario de cualquier responsabilidad.-------------

--------- III.- Va a ser materia de la presente garantía una fracción del inmueble descrito en el antecedente número uno, con las siguientes medidas y colindancias: AL SURESTE en CUARENTA Y UN METROS SETENTA Y OCHO CENTIMETROS y colinda con Paseo de la Reforma; AL SUROESTE en TREINTA Y TRES METROS OCHENTA Y SEIS CENTIMETROS y colinda con el predio catastral numero diez o sea el numero treinta y nueve del Paseo de la Reforma y numero dos de la calle La Fragua; AL NOROESTE en CUARENTA Y UN METROS OCHENTA CENTIMETROS y colinda con el Edificio numero cuatro de la calle La Fragua; Y AL NORESTE en TREINTA Y TRES METROS OCHENTA Y SEIS CENTIMETROS con el predio catastral numero ocho o sea el numero veintisiete del paseo de la Reforma con frente a la calle La Fragua.-----------

## Notaría Pública Núm. 1
Distrito Judicial de Álvarez
Lic. Rosina Rojas Carrasco
Calle 7 Poniente Esq.
5 Sur San Rafael
Chilapa, Gro. Tel.: 5-12-66 Lada: 756

——— IV.- La Sociedad Paseo de la Reforma Partners, LLC, Compañía de Responsabilidad Limitada, establecida bajo las leyes del Estado de Nevada en los Estados Unidos de Norteamérica, con domicilio en el trescientos setenta "A", Frederick Street San Francisco California 9 4 1 1 7, y representada por el señor JARED M. GALANIS, con anterioridad a este acto a contraido diversas obligaciones con El señor MATTHEW J. SZULIK; consistentes en el Mutuo con Interés por la cantidad de TRES MILLONES SETECIENTOS CINCUENTA MIL DOLARES AMERICANOS, mismos que serán pagados el veintidos de septiembre del año dos mil nueve, con un interés del doce por ciento anual; este ultimo se pagara semestralmente los días primero del mes de abril y octubre respectivamente a partir del año dos mil siete.————————————————————————

——— V.- Constante de siete paginas escritas por un solo lado, me exhibe el compareciente el pagare respectivo el cual Yo, la Notario agrego al apéndice de esta escritura bajo su número y letra "A".————————————————————————

——— Expuesto lo anterior el compareciente otorga las siguientes:————————————————————————

——————————— C L A U S U L A S ———————————

——— PRIMERA.- Como consecuencia de lo manifestado en los antecedentes CUATRO Y CINCO (ROMANO), de la presente escritura "PREDIOS Y EDIFICIOS REFORMA MEX S. A. DE C.V., representada en este acto por el señor FIDEL RAMON MARTINEZ, DA en garantía al señor MATTHEW J. SZULIK, el inmueble descrito en el antecedente numero TRES de los antecedentes de la presente escritura, con las medidas y colindancias descritas en el mismo antecedente las cuales se dan por reproducidas como si se insertacen a la letra para todos los efectos legales a que haya lugar en derecho, de conformidad con el articulo dos mil Setecientos treinta y ocho, del Código Civil Vigente del Estado de Guerrero, para el fiel

COTEJADO R.R.C.

cumplimiento de todas y cada una de la obligaciones que convenga y adquiera con terceros.————————————————

————— SEGUNDA.- Por medio de la presente "PREDIOS Y EDIFICIOS REFORMA MEX S. A. DE C.V., representada en este acto por el señor FIDEL RAMON MARTINEZ, otorgara en Hipoteca en segundo lugar en inmueble motivo de la presente escritura.——————————————————————————

————— TERCERA.- La hipoteca permanecerá por todo el tiempo en que se encuentren vigentes las obligaciones que garantiza y queda constituida sin reserva ni limitaciones sobre el bien material de ella y comprende cuanto corresponde al mismo, incluyendo los frutos, renta, accesorios, mejoras, edificios y demás a que se refiere el artículo dos mil Setecientos cuarenta y uno del Código Civil para el Estado de Guerrero y sus correlativos con los demás estados de la República.——————————————————————————

————— CUARTA.- Manifiestan en este acto "EL GARANTE", para la interpretación, cumplimiento y controversia que se suscitare con motivo de esta garantia, se somete a las leyes y tribunales competentes de la ciudad de México Distrito Federal.————————————————————————————

———————————— P E R S O N A L I D A D ——————————

————— Me la acredita el compareciente con la Póliza Numero TRES MIL CIENTO CINCUENTA Y UNO, de fecha dos de febrero del año dos mil, otorgada ante LUIS AREVALO CONTRERAS, Corredor Publico Numero Uno de la Plaza del Estado de Guerrero, Manifestando bajo protesta de decir verdad y advertido de las penas en que incurre quien declara con falsedad que las facultades con las que comparece no le han sido revocadas ni limitadas en forma alguna el cual Yo, la Notario agrego al apéndice de esta escritura bajo su número y letra "B".————

————— EL COMPARECIENTE MANIFESTO POR SUS GENERALES SER: Mexicano por nacimiento e hijo de padres mexicanos,

## Notaría Pública Núm. 1
Distrito Judicial de Álvarez
**Lic. Rosina Rojas Carrasco**
Calle 7 Poniente Esq.
5 Sur San Rafael
Chilapa, Gro.  Tel.: 5-12-66 Lada: 756

de México, Distrito Federal, donde nació el día diecisiete de diciembre de mil novecientos setenta, soltero, empresario, con domicilio en calle Trescientos diecinueve numero doscientos treinta y siete, interior numero doce, colonia Nuevo Atzacoalco, Delegación Gustavo A. Madero, México, Distrito Federal y de paso por esta ciudad para la firma de la presente escritura.-----------------------------

--------- Respecto al pago del Impuesto sobre la Renta, manifestó el compareciente bajo protesta de decir verdad y advertido de las penas en que incurre quien declara con falsedad, estar al corriente sin acreditarlo.----------------

--------- YO, LA NOTARIO CERTIFICO.- Que lo relacionado e inserto concuerda fielmente con sus originales que tuve a la vista; que conozco e identifique al compareciente quien en mi concepto tiene capacidad legal, que le leí y expliqué integramente el valor y consecuencias legales de esta escritura, se manifestó conforme con la misma y ante mi la ratifica y firma, el día de su fecha.- AUTORIZANDOLA.- Doy fe.----------------------------------------------------------

--------- FIRMA DEL SEÑOR FIDEL RAMON MARTINEZ.- ANTE MI: LIC. ROSINA ROJAS CARRASCO.- RUBRICA.- EL SELLO DE AUTORIZAR.-------

**COTEJADO R.R.C.**



PUBLIC INSCRIPTION NUMBER 13,769
---------- VOLUME NUMBER 157 ----------
---------- DONE IN THE CITY OF CHILAPA, IN THE STATE OF GUERRERO OF THE MEXICAN UNITED STATES,** on September 22, 2006. I Attorney at Law, ROSINA ROJAS CARRASCO, Public Notary Number One of the Judicial District of Alvarez, CERTIFY -----
------------- THE GRANTING OF A MORTGAGE GUARANTEE done by PREDIOS Y EDIFICIOS REFORMA MEX S.A. DE C.V., represented in this legal act by Mr. FIDEL RAMON MARTINEZ (MORTGAGE GUARANTOR) in favor and benefit of Mr. MATTHEW J. SZULIK, in accordance with the following background and clauses-----------------------------------------------------------------
-------------------- BACKGROUND -----------------------------------
------- FIDEL RAMON MARTINEZ states and exhibits in this act : ----
----- I.- TITLE OF PROPERTY ---------- By means of the Public Inscription marked with the number **115, 620,** Volume **4050,** dated November 17, of the year1979, granted by Francisco Lozano Noriega, Attorney at Law and Public Notary number Ten of Mexico City, and inscribed in the Property and Commerce Registrar's office of Mexico City under the numbers 65 and 66, pages 49 and 50 of Volume number 6th of title 180, first section A, dated April 13$^{th,}$ of the year 1970 it was acquired, the abode marked with the number 4 of the Street of La Fragua ,as well as the abode marked with the number 35 of the Avenue Paseo de la Reforma, Colonia Tabacalera Zip Code 06030, in Mexico City with a total surface of 4976 square meters, 2 centimeters, with the following measures, limits and boundaries: NORTH – NORTHEAST in 2 segments, one comprising 27 meters, 50 centimeters, the other comprising 8 meters, 50 centimeters, joined by a wedge of 3 meters 50 centimeters, overlooking the NORTHWEST side and limiting with private property; Also at the NORTHEAST side limiting in 86 meters, 26 centimeters, with the abode marked with the number 27 of Paseo de la Reforma Avenue; at the SOUTH EAST side limiting in 41 meters, 78 centimeters with Paseo de la Reforma Avenue. At the SOUTHWEST side limiting in 33 meters and 86 centimeters with borders with a private property, with which it also limits at the SOUTH side in 35 meters 80 centimeters; at the NORTHWEST side in two segments, one of 57 meters 50 centimeters and the other of 7 meters 50 centimeters limiting with La Fragua Street. ------
----- II. – MORTGAGES ------------ The aforementioned property has a first mortgage granted to "Inmobiliaria de Altura, S. A. de C.V., condition FIDEL RAMON MARTINEZ states for all legal effects. Given the recent nature of the granting of the first mortgage, it is not

1

presented the liberation title of the first mortgage, thus excepting the Notary Public witnessing this act of any responsibility on this regard- ---------------III.- The object of the sucription of this Mortgage Guarantee is a fraction of the building described in number I of the Background section, in accordance with the following measures, limits and boundaries: at the SOUTH EAST side in 41 meters 78 centimeters, limiting with Paseo de la Reforma Avenue; at the SOUTH WEST side in 33 meters 86 centimeters and limiting with the abode marked with the number 39 of Paseo de la Reforma Avenue and number 2 of La Fragua Street. At the NORTH EAST side in 41 meters 80 centimeters, limiting with the building marked with the number 4 of La Fragua street, and at the NORTH EAST side in 33 meters 86 centimeters, limiting with the abode marked with the number 27 of Paseo the La Reforma Avenue-------------------
-------IV.- Paseo de la Reforma Partners, LLC, a Nevada limited liability company, with an address at c/o Jared M Galanis, 370 Frederick Street, San Francisco California, 94117, has contracted, previously to this act being protocolized, diverse obligations with Mr. MATTHEW J. SZULIK, comprising the mutual note with interest for the amount of 3,750,000 USD ( THREE MILLION SEVEN HUNDRED AND FIFTY THOUSAND DOLLARS ) In lawful money of the United States of America, to be paid on September the 22nd of the year 2009, at an annual interest rate of 12%, interest to be paid on a semester basis on the first day of April and of October, respectably, starting on the year 2007. ---------------------------------
----------------------V.- FIDEL RAMON MARTINEZ exhibits at my sight the respective note, document that comprises 7 pages and that is being included as an annex of this document under appendix "A".-
----------------- In view of the above mentioned, FIDEL RAMON MARTINEZ states the following ---------------------------------------
--------------------------------- **CLAUSES** ---------------------------
------------------------- **FIRST-** As a consequence of the above stated, particularly in numerals IV and V of the background section of this document, PREDIOS Y EDIFICIOS REFORMA MEX, S. A. de C.V., represented in this act by Mr. FIDEL RAMON MARTINEZ, agrees to grant as mortgage guarantee to Mr. MATTHEW J. SZULIK, the building amply described in numeral III of the background section of this document , in accordance with the measures, limits and boundaries above stated for all legal effects and In compliance of each and every one of the obligations agreed upon and acquired with third parties. ---------------------------------------
--- **SECOND** -------- By means of this document, "PREDIOS Y EDIFICIOS REFORMA MEX, SA de CV", represented by FIDEL

2

RAMON MARTINEZ , agrees to issue a second mortgage on the building expressly stated on this document. -------------------------------
--- **THIRD** ------------ The mortgage will remain in effect during the time that the legal obligations it guarantees are in effect and it comprises, without restraint or limitations, all that pertains to the building, including income due to rent , accessories, betterments to the building, and all concepts included in article 2741 of the civil Code of the Mexican State of Guerrero, or similar articles in the corresponding Civil Codes of the remaining Mexican states and Mexico City.-------------------------------------------------------------------
--- **FOURTH** -------- By means of this document, the grantor states that, in the event that any lawsuit arises to enforce or interpret the provisions of this document, , he will submit to the jurisdiction of the courts instituted in Mexico City. -------------------------------------------
-------------- **LEGAL PERSONALITY** --------------Legal personality of the grantor is fully credited as stated in appendix "B" of this document.

By this means, FIDEL RAMON MARTINEZ states that he is Mexican by birth, born on December 19, 1970, in Mexico City of Mexican parents, single, businessman, and living in Mexico City on the apartment building marked with the number 237, apartment # 2 of the street named Three Hundred Nineteen, Nueva Atzacoalco, Delegación Gustavo Madero, in Mexico City, having expressly done this trip to Chilapa, Guerrero, with the sole purpose to sign this document .

Regarding his Fiscal status, Mr. FIDEL RAMON MARTINEZ states, under sworn declaration, that he has no unpaid fiscal obligations in respect to Rent Tax or any other whatsoever.

For the aforementioned, I the NOTARY PUBLIC, LEGALLY CERTIFY that all the statements and declarations contained in this document faithfully match the information that was presented at my sight in original, official documents; that I know and in that capacity have identified to full extent Mr. FIDEL RAMON MARTINEZ and declare him legally apt and with full power and authority to sign this document, having explained to him the legal extent and consequences of the signature of this document upon which he agreed on all terms and conditions expressed in it, signing in acceptance at my sight on this day, act that I give legal faith of.

NOTARY PUBLIC, ATTORNEY AT LAW

ROSINA ROJAS CARRASCO

3